UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-102(9) |
| | ) | |
| JAVIER FLORES-DELACRUZ | ) | |

## O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 9, 2009. [Doc. 757]. The Magistrate Judge recommends that the defendant's motion to suppress all evidence seized during a traffic stop on December 4, 2007, be denied. The defendant has filed an objection to this report. [Doc. 817].

After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress and amended motion to suppress, the response of the government, the transcript of the hearing held on December 9, 2009, and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motions to suppress are **DENIED.** [Docs. 544 and 700].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE